UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of May, two thousand twenty-three.

_____

Jamel Upson,

        Plaintiff – Appellant,

v.

Geraldine Wilson, Nurse, Upstate Correctional Facility, Elizabeth White, Upstate Correctional Facility, FKA Nurse White,

        Defendant – Appellees.

_____

**ORDER**

Docket No. 22-2698

On February 9, 2023, the Court issued a notice pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having denied the motion in a text order dated May 23, 2023,

IT IS ORDERED that the stay of this appeal is hereby lifted. Appellant must file a scheduling notification within 14 days of the date of this order. Appellant's motion to proceed *in forma pauperis* (docket entry 9) is DENIED as unnecessary, as Appellant was granted *in forma pauperis* status in the district court.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05-24-2023